**Order filed December 14, 2022**



**In The**

# Fourteenth Court of Appeals
————————

### NO. 14-22-00723-CV
————————————

## IN THE INTEREST OF J.S., A/K/A J.T.S., H.S., A/K/A H.L.S., JR., J.S., A/K/A J.D.S., A.S., A/K/A A.J.S., CHILDREN

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-33793**

---

### ORDER

This is an accelerated appeal from a final order terminating parental rights. Appellant's brief was due **December 12, 2022.** On December 12, appellant-father, H.L.S., filed a motion to extend time to file his brief until December 30, 2022. That motion is granted in part.

Appeals in parental-termination and child-protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, W. Leslie Shireman, to file appellant's brief no later than **December 23, 2022**. If the brief is not filed by

that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.